■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DIANE COLLINS, Appellant. [863 NYS2d 386]—Appeal by the defendant, as limited by her motion, from a sentence of the Supreme Court, Kings County (Gubbay, J.), imposed June 20, 2007, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Lifson, Dillon, McCarthy and Chambers, JJ., concur.